912

No. 02–8369.   CASH v. YUKINS, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 02–8371.   LEWIS v. HOLDER.   C. A. 11th Cir.   Certiorari denied.

No. 02–8376.   THOMAS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 02–8381.   VOGEL v. ARIZONA.   Ct. App. Ariz.   Certiorari denied.

No. 02–8383.   BARKSDALE v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 02–8386.   GRUBOR v. GRUBOR.   Super. Ct. Pa.   Certiorari denied.

No. 02–8390.   JONES v. RILEY ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 02–8391.   EDMOND v. HANCOCK ET AL.   Ct. App. Miss.   Certiorari denied.

No. 02–8393.   DANIELS v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 02–8394.   BISHOP v. STREEFKIRK ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 02–8395.   BISHOP v. SCOTT ET UX.   C. A. 11th Cir.   Certiorari denied.

No. 02–8397.   CELAJ v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 02–8398.   CUEVAS CARDENAS v. WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 02–8400.   DEDMON v. YARBOROUGH, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.